IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CAROL IRUENE,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-1864-O |
| **SCOTT WEBER,** | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No.5). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the petition of habeas corpus filed under 28 U.S.C. § 2241 is **DENIED** with prejudice.

**SO ORDERED** on this **28th day** of **November, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE